UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. FAUNCE,<br><br>                     Plaintiff,<br><br>v.<br><br>J. MARTINEZ, *et al.*,<br><br>                     Defendants. | Case No.:  21-CV-363-MMA-WVG<br><br>**ORDER FOLLOWING MANDATORY SETTLEMENT CONFERENCE** |

     On November 3, 2021, David W. Faunce ("Plaintiff") and Darby Williams, counsel for P. Covello, J. Martinez, E. Ortiz, H. Terrel, C. Godinez, and T. McWay ("Defendants"), appeared for a mandatory settlement conference pursuant to this Court's September 21, 2021 Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings. (Doc. No. 16.) The Parties reached a tentative settlement after engaging in a robust, good faith discussion. The final resolution is contingent upon the feasibility of whether a specific term can be performed by the Parties. Accordingly, the Court hereby ORDERS Plaintiff and counsel for the Government to appear via Zoom for a status conference on **Tuesday, November 16, 2021 at 10:00 a.m.** to discuss whether this contingency may be resolved such that settlement may be finalized. Chambers will provide the Zoom information to

counsel for the Government, who shall, in turn, provide this information to Plaintiff. Counsel for the Government shall make all arrangements necessary to ensure Plaintiff timely appears for the November 16, 2021 status conference via Zoom. Finally, **no later than Friday, November 12, 2021**, counsel for the Government shall lodge her appearance, direct telephone number, and the email address she intends to use to initiate her appearance on Zoom.

**IT IS SO ORDERED.**

Dated: November 3, 2021

Hon. William V. Gallo
United States Magistrate Judge