UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. FAUNCE,<br><br>                    Plaintiff,<br><br>v.<br><br>J. MARTINEZ, *et al.*,<br><br>                    Defendants. | Case No.: 21-CV-363-MMA(WVG)<br><br>**ORDER** |

At the November 3, 2021, settlement conference, Plaintiff claimed Defendant H. Terrel, correctional lieutenant, continues to work for the CDCR. Accordingly, defense counsel is ORDERED to investigate Terrel's current employment status and file a status report by **December 6, 2021**. If Terrel works at any CDCR facility, the status report shall include the name and address of the facility.

**IT IS SO ORDERED.**

Dated: November 22, 2021

                                                        Hon. William V. Gallo
                                                        United States Magistrate Judge