UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. FAUNCE,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>J. MARTINEZ, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No.:  21-CV-363-MMA-WVG<br><br>**ORDER ON EX PARTE APPLICATION TO STAY ALL DISCOVERY UNTIL 30 DAYS FOLLOWING THE COURT'S RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

　　　　On May 9, 2022, J. Martinez, E. Ortiz, T. McWay, and C. Godinez ("Defendants") filed an Ex Parte Application to Stay All Discovery until 30 Days Following the Court's Ruling on Defendants' Motion for Summary Judgment ("Ex Parte Application"). (Doc. No. 50.) David W. Faunce ("Plaintiff") did not file a response. However, Defendants' Ex Parte Application avers "the parties have already agreed to the relief requested here." (*Id.*, 2:7.) In so indicating, Defendants move the Court to stay all discovery deadlines in this matter in light of Defendants' pending motion for summary judgment. (Doc. No. 44.) Defendants explain that "if Defendants' MSJ is successful, Plaintiff's lawsuit will be dismissed." (Doc. No. 50, 3:26.) Having reviewed and considered Defendants' representations, the Parties' agreement that a stay is warranted, and that Defendants'

1 | pending motion for summary judgment may be dispositive of the entire action, the Court
2 | finds good cause underlies Defendants' Ex Parte Application. Accordingly, the Court
3 | GRANTS the Ex Parte Application and VACATES all discovery dates as set forth in the
4 | operative September 21, 2021 Scheduling Order Regulating Discovery and Other Pre-Trial
5 | Proceedings. (Doc. No. 16.) Defense counsel is ORDERED to contact this Court's
6 | Chambers within two (2) days of Judge Anello's ruling on Defendants' pending motion for
7 | summary judgment to coordinate further proceedings, if at all necessary.

**IT IS SO ORDERED.**

Dated: May 11, 2022

_____
Hon. William V. Gallo
United States Magistrate Judge