UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. FAUNCE,<br><br>                          Plaintiff,<br>v.<br><br>J. MARTINEZ, et al.,<br><br>                         Defendants. | Case No. 21-cv-363-MMA (WVG)<br><br>**ORDER DIRECTING PLAINTIFF TO REFILE DECLARATION** |

Pending before the Court are Plaintiff's motion for leave to amend, *see* Doc. No. 33, and Defendants' motion for summary judgment, *see* Doc. No. 44. On May 6, 2022, the Court received and filed Plaintiff's opposition to Defendants' summary judgment motion. *See* Doc. No. 51. However, page 5 appears to be missing from Plaintiff's declaration.

Accordingly, to the extent Plaintiff wishes the Court to consider the contents of the missing page, the Court **DIRECTS** him to refile a complete version of his declaration on or before **May 27, 2022**. The Court further **EXTENDS** Defendants' deadline to file a reply to no later than **two weeks** after the declaration is filed. The Court **DIRECTS** the

1 | Clerk of Court to mail Plaintiff a copy of his declaration as filed, Doc. No. 51-2, along
2 | with a copy of this order.
3 |      **IT IS SO ORDERED**.
4 | Dated:  May 13, 2022

                              *[signature]*

HON. MICHAEL M. ANELLO
United States District Judge