UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. FAUNCE,<br><br>                        Plaintiff,<br><br>v.<br><br>J. MARTINEZ, *et al.*,<br><br>                        Defendants. | Case No.:  21-CV-363-MMA-WVG<br><br>**ORDER ON PLAINTIFF'S REQUEST FOR SUBPOENA FORMS** |

Pending before the Court is David W. Faunce's ("Plaintiff") request for three copies of two types of subpoena forms, one that is "suitable for depositions" and the other for "duces tecum requests." The Court DIRECTS the Clerk of the Court to provide three (3) copies of the Court's AO_088A_Subpoena to Testify at a Deposition in a Civil Action form and three (3) copies of the Court's AO_088B Subpoena to Produce Documents, Information, or Objects in a Civil Action. **IT IS SO ORDERED.**

Dated: July 29, 2022

_____
Hon. William V. Gallo
United States Magistrate Judge