UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. FAUNCE,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>J. MARTINEZ, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No.: 21-CV-363-MMA-WVG<br><br>**ORDER ON PLAINTIFF'S MOTION TO VACATE DEFENDANT'S WAIVER OF SERVICE** |

Pending before the Court is David W. Faunce's ("Plaintiff") Motion to Vacate Waiver of Service ("Motion") as it pertains to Kathleen Allison and H. Ferrel's ("Defendants Allison and Ferrel") July 18, 2022 Waiver of Service. (Doc. No. 71.) Plaintiff moves the Court to "vacate[] and quash[] the spurious waiver of service by the Defendants, and issue an order directing the U.S. Marshal's service to serve Plaintiff's amended complaint to Defendants K. Allison and H. Ferrel as ordered by this Court on 6/27/22." (Doc. No. 71, 1.) The Court DENIES Plaintiff's Motion. In pertinent part, District Judge Michael M. Anello's June 27, 2022 Order on Defendants' Motion to Dismiss directed Defendants Allison and Ferrel to respond to Plaintiff's First Amended Complaint no later than fourteen (14) days after receipt of service. (Doc. No. 61, 43: 6-10.) Defendants Allison

and Ferrel's waiver of service of Plaintiff's Amended Complaint has no bearing on their obligation to timely respond to the Amended Complaint in light of Judge Anello's June 27, 2022 Order. For this reason, Plaintiff's Motion is DENIED.

**IT IS SO ORDERED.**

Dated: July 29, 2022

Hon. William V. Gallo
United States Magistrate Judge