UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. FAUNCE,<br><br>                              Plaintiff,<br>v.<br>J. MARTINEZ, *et al.*,<br><br>                              Defendants. | Case No.: 21-CV-363-MMA-WVG<br><br>**ORDER ON PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT** |

Pending before the Court is David W. Faunce's ("Plaintiff") Motion to Strike Defendants' Opposition to Plaintiff's Request for Entry of Default Judgment ("Motion"). (Doc. No. 80.) Plaintiff moves the Court to strike from the record Defendants' Opposition on the basis that entry of default judgment against Defendants is appropriate. In its September 14, 2022 Order, the Court denied Plaintiff's Motion for Entry of Default Judgment against Defendants. (Doc. No. 82.) On this basis alone, the Court DENIES AS MOOT Plaintiff's instant Motion. Separately, Plaintiff's Motion is improper under Rule 12 of the Federal Rules of Civil Procedure in that a motion to strike is reserved for pleadings exclusively, and Defendants' Opposition to Plaintiff's Motion for Entry of

1  Default Judgment does not constitute a pleading. Accordingly, Plaintiff's Motion to Strike
2  Defendants' Opposition is DENIED.
3       **IT IS SO ORDERED.**
4  Dated: September 22, 2022

                                                      Hon. William V. Gallo
                                                      United States Magistrate Judge