UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. FAUNCE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>J. MARTINEZ, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No.:  21-CV-363-MMA-WVG<br><br>**ORDER ON PLAINTIFF'S REQUEST TO STAY OF DISCOVERY PROCEEDINGS** |

　　　　Pending before the Court is David W. Faunce's ("Plaintiff") Request for Hearing on Motion to Preclude Evidence/ Stay of Discovery Proceedings ("Motion"). (Doc. No. 71.) In relevant part, Plaintiff moves the Court to set a hearing on his Motion to Preclude Evidence, which is pending before presiding District Judge Michael M. Anello. In light of his request for a hearing, Plaintiff, in turn, moves this Court to stay discovery pending resolution of his Motion to Preclude Evidence.

　　　　On June 27, 2022, Judge Anello issued an Order deferring his ruling on Plaintiff's Motion to Preclude Evidence. (Doc. No. 61.) Accordingly, and as consistent with Judge Anello's Order, this Court DENIES Plaintiff's request to stay discovery on the basis of Plaintiff's pending Motion to Preclude Evidence. Discovery shall continue to proceed as

1  scheduled and directed by this Court's July 18, 2022 Second Amended Scheduling Order
2  Regulating Discovery and Other Pre-Trial Proceedings. (Doc. No. 67.)
3      **IT IS SO ORDERED.**
4  Dated: October 3, 2022

                                                    Hon. William V. Gallo
                                                    United States Magistrate Judge