# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. FAUNCE,<br><br>                Plaintiff,<br><br>v.<br><br>J. MARTINEZ, et al.,<br><br>                Defendants. | Case No. 21-cv-363-MMA (WVG)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR HEARING**<br><br>[Doc. No. 83] |

On September 19, 2022, Plaintiff David W. Faunce ("Plaintiff") filed a request for hearing on his motion to preclude evidence. *See* Doc. No. 56. In particular, Plaintiff asks the Court to promptly schedule an expedited hearing on his pending motion. *See* Doc. No. 83 at 1. In its Summary Judgment Order, the Court deferred ruling on Plaintiff's motion until either summary judgment on the merits or *in limine* before trial. *See* Doc. No. 61 at 42. As the Court previously explained:

> Plaintiff's motion raises two distinct issues: (1) whether evidence and argument of the initial guilty finding may be proffered; and (2) whether Defendants may advance the argument that Plaintiff had contraband in his typewriter. These questions may potentially implicate collateral estoppel and evidentiary issues. Nonetheless, this motion is more appropriate for trial or summary judgment on the merits as the ultimate disposition of the matter on rehearing is not relevant to the issue of exhaustion. Accordingly, the Court **DEFERS** ruling on Plaintiff's motion until such a time that it becomes relevant. If Defendants move for summary judgment on the merits and either:

(1) offer the guilty finding; or (2) argue Plaintiff's typewriter contained contraband, they are **DIRECTED** to respond to Plaintiff's motion at that time. If, however, Defendants forgo another round of summary judgment, or do not offer this evidence or argument at that time, the Court will address the matter *in limine*.

Doc. No. 61 at 42.

Defendants have not yet filed a motion for summary judgment on the merits, nor has the Court set the case for trial. Accordingly, the Court **DENIES** Plaintiff's request.

**IT IS SO ORDERED**.

Dated: October 3, 2022

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge