UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. FAUNCE,<br><br>                                 Plaintiff,<br>v.<br>J. MARTINEZ, et al.,<br>                               Defendants. | Case No.: 21cv363-MMA(LR)<br><br>**ORDER:**<br><br>**(1) GRANTING PLAINTIFF'S MOTION TO MODIFY BRIEFING SCHEDULE [ECF NO. 110]**<br><br>**AND**<br><br>**(2) ISSUING AMENDED BRIEFING SCHEDULE FOR ALL PENDING DISCOVERY MOTIONS** |

On November 22, 2022, Plaintiff filed a "Motion/Request to Modify the 11/2/22 Scheduling Order to Set Briefing Schedule for All Pending Motions Filed Prior to 11/2/22 CMC." (ECF No. 110.) He asks the Court to issue a briefing schedule on his pending discovery motions. (See id. at 1.) Plaintiff also seeks leave to file replies in support of his pending discovery motions and asks the Court for "at least two weeks" from the date of Defendants' oppositions to file his replies. (Id. at 2.) Plaintiff includes as an exhibit a document entitled "Plaintiff's Motion to Compel Further Interrogatory Responses from Defendant T. McWay" [ECF No. 110-1 through 110-5].

Currently, the following discovery motions are pending before the Court: "Motion to Compel Production of Documents and Tangible Things" [ECF No. 49], "Motion to Determine Sufficiency of Admission Responses by Defendant E. Ortiz and Defendant C. Godinez" [ECF No. 59]; "Motion to Determine Sufficiency of Admission Responses by Defendant J. Martinez" [ECF No. 59-1]; "Motion to Determine Sufficiency of Defendant T. McWay's Responses to Requests for Admission" [ECF No. 101]; "Motion to Determine Sufficiency of Defendant H. Ferrel's Responses to First Requests for Admission" [ECF No. 102]; "Amended Motion to Determine Sufficiency of Admission Responses by Defendant J. Martinez" [ECF No. 102-1]; "Motion to Compel Inspection/Production of Documents/Tangible Things" [ECF No. 116]; and "Motion to Compel Further Interrogatory Answers from Defendant H. Ferrel" [ECF No. 115]. Pursuant to the Court's briefing schedule issued on November 3, 2022, Defendants filed oppositions to Plaintiff's earlier discovery motions [ECF Nos. 49, 59, 102-1] on November 30, 2022. (See ECF Nos. 111, 112, 114; see also ECF No. 98.)

Having considered Plaintiff's instant motion [ECF No. 110], the Court **GRANTS** the motion and issues the following **ORDERS**:

1. The Court's Clerk is ordered to file "Plaintiff's Motion to Compel Further Interrogatory Responses from Defendant T. McWay" [ECF No. 110-1 through 110-5] as a **separate document on the docket**.

2. Defendants are to file an opposition, if any, to Plaintiff's "Motion to Determine Sufficiency of Defendant T. McWay's Responses to Requests for Admission [ECF No. 101]; "Motion to Determine Sufficiency of Defendant H. Ferrel's Responses to First Requests for Admission" [ECF No. 102]; "Motion to Compel Further Interrogatory Answers from Defendant H. Ferrel" [ECF No. 115]; "Motion to Compel Inspection/Production of Documents/Tangible Things" [ECF No. 116]; and "Motion to Compel Further Interrogatory Responses from Defendant T. McWay" [currently appearing on the docket as ECF No. 110-1 through 110-5] on or before **December 19, 2022**.

3.  Plaintiff may file a reply in support of his pending discovery motions on or before **January 4, 2023**.

4.  Upon completion of the briefing the Court will take Plaintiff's pending discovery motions [ECF Nos. 49, 59, 59-1, 101, 102, 102-1, 115, 116, and the motion currently filed as ECF No. 100-1 through 110-5] under submission pursuant to Civil Local Rule 7.1(d) and will issue a written order.

**IT IS SO ORDERED**.

Dated:  December 5, 2022

Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge

3

21cv363-MMA(LR)