1  ROB BONTA
   Attorney General of California
2  CHAD A. STEGEMAN
   Supervising Deputy Attorney General
3  CORINNA S. ARBITER
   Deputy Attorney General
4  State Bar No. 273074
     600 West Broadway, Suite 1800
5    San Diego, CA 92101
     P.O. Box 85266
6    San Diego, CA 92186-5266
     Telephone: (619) 321-5799
7    Fax: (619) 645-2061
     E-mail: Corinna.Arbiter@doj.ca.gov
8  *Attorneys for Defendants*
   *McWay, Macomber, Martinez, Ferrel,*
9  *Godinez, and Ortiz*

10                IN THE UNITED STATES DISTRICT COURT

11               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID W. FAUNCE,** | 3:21-cv-00363-MMA-LR |
| Plaintiff, | **JOINT MOTION TO DISMISS** |
| v. | Judge: Hon. Lupe Rodriguez, Jr.<br>Trial Date: Not set |
| **COVELLO, et al.,** | Action Filed: 3/02/2021 |
| Defendants. | |

1

Plaintiff, **DAVID W. FAUNCE** (Plaintiff), and Defendants, **MCWAY, MACOMBER, FERREL, MARTINEZ, GODINEZ AND ORTIZ** (Defendants), through their counsel of record, have settled this case. Accordingly, the parties move the Court under Federal Rule of Civil Procedure 41(a)(2) and Local Rule 7.2 to dismiss this action against Defendants with prejudice.

Each party bears its own costs and fees.

**THE PARTIES SO STIPULATE.**

Dated: 3/27/23

_Plaintiff in pro se_

Dated: 3/28/2023

*Corinna Arbiter*
CORINNA S. ARBITER
Deputy Attorney General
Attorneys for Defendants
McWay, Martinez, Macomber, Ferrel, Godinez and Ortiz

SF2021303994
83866659.docx

2

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11
12
13  | DAVID W. FAUNCE,           | 3:21-cv-00363-MMA-LR
14  |                 Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE**
15  | v.                         |
16  | COVELLO, et al.,           |
17  |                Defendants. |
18

19      On            the parties filed a Joint Motion to Dismiss all claims against
20  Defendant(s) McWay, Macomber, Ferrel, Godinez and Ortiz with Prejudice. The
21  Court **GRANTS** the Motion and dismisses this action with prejudice.
22      IT IS SO ORDERED.
23
24  Dated: _____
25                                          Lupe Rodriguez, Jr.
                                            United States Magistrate Judge
26
27
28

Ferrel Consent

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID W. FAUNCE, | Plaintiff, | CONSENT TO EXERCISE OF SETTLEMENT JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE |
| v. | | |
| P. COVELLO, et al., | Defendants. | Case No.: 21cv363-MMA(LR) |

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

The parties, having settled this case, by signing below further voluntarily consent to the jurisdiction of United States Magistrate Judge Lupe Rodriguez, Jr. to decide:
(1) all disputes regarding settlement terms arising during the documentation thereof not resolved by the parties themselves; and,
(2) all disputes arising out of the terms of the settlement agreement once completed;
AND, that any decision by the Magistrate Judge regarding any such dispute(s), 1 or 2, above, shall be **FINAL AND BINDING, WITH NO APPEAL.** Magistrate Judge Rodriguez shall retain jurisdiction until 5/17/2024.

The parties intend to provide Magistrate Judge Rodriguez with plenary authority to achieve finality regarding disputes, reduce the risk of future litigation, and provide a venue to solve disputes with a minimum of expense. As part of his authority, Magistrate Judge Rodriguez may impose any sanction or penalty he deems appropriate, which, in his sole discretion, he believes is commensurate with the nature and severity of the dispute, and resolution thereof. This authority includes, but is not limited to, monetary and/or injunctive relief and discretion to impose sanctions or penalties including imposition of any sanction up to and including contempt of court, pursuant to 28 U.S.C. §636(e).

| Signatures | Date |
|---|---|
| _[signature]_ circle one each: (Plaintiff/Defendant) and (Attorney/Client) | 3/27/23 |
| _[signature]_ circle one each: (Plaintiff/Defendant) and (Attorney/Client) | 4/10/23 |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Lupe Rodriguez, Jr., United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), FRCP 73 and the foregoing consent of the parties.

| | |
|---|---|
| Date | United States District Judge |

Godinez Consent

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID W. FAUNCE, | Plaintiff, | CONSENT TO EXERCISE OF SETTLEMENT JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE |
| v. | | |
| P. COVELLO, et al., | Defendants. | Case No.: 21cv363-MMA(LR) |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

The parties, having settled this case, by signing below further voluntarily consent to the jurisdiction of United States Magistrate Judge Lupe Rodriguez, Jr. to decide:
(1) all disputes regarding settlement terms arising during the documentation thereof not resolved by the parties themselves; and,
(2) all disputes arising out of the terms of the settlement agreement once completed;
AND, that any decision by the Magistrate Judge regarding any such dispute(s), 1 or 2, above, shall be **FINAL AND BINDING, WITH NO APPEAL.** Magistrate Judge Rodriguez shall retain jurisdiction until 5/17/2024.
The parties intend to provide Magistrate Judge Rodriguez with plenary authority to achieve finality regarding disputes, reduce the risk of future litigation, and provide a venue to solve disputes with a minimum of expense. As part of his authority, Magistrate Judge Rodriguez may impose any sanction or penalty he deems appropriate, which, in his sole discretion, he believes is commensurate with the nature and severity of the dispute, and resolution thereof. This authority includes, but is not limited to, monetary and/or injunctive relief and discretion to impose sanctions or penalties including imposition of any sanction up to and including contempt of court, pursuant to 28 U.S.C. §636(e).

| Signatures | Date |
|---|---|
| [signature] circle one each: (Plaintiff/Defendant) and (Attorney/Client) | 3/27/23 |
| [signature] circle one each: (Plaintiff/Defendant) and (Attorney/Client) | 4/11/23 |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Lupe Rodriguez, Jr., United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), FRCP 73 and the foregoing consent of the parties.

_____   _____
Date                                         United States District Judge

Macomber Consent

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID W. FAUNCE, | Plaintiff, | CONSENT TO EXERCISE OF SETTLEMENT JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE |
| v. | | |
| P. COVELLO, et al., | Defendants. | Case No.: 21cv363-MMA(LR) |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

The parties, having settled this case, by signing below further voluntarily consent to the jurisdiction of United States Magistrate Judge Lupe Rodriguez, Jr. to decide:

(1) all disputes regarding settlement terms arising during the documentation thereof not resolved by the parties themselves; and,

(2) all disputes arising out of the terms of the settlement agreement once completed;

AND, that any decision by the Magistrate Judge regarding any such dispute(s), 1 or 2, above, shall be **FINAL AND BINDING, WITH NO APPEAL.** Magistrate Judge Rodriguez shall retain jurisdiction until 5/17/2024.

The parties intend to provide Magistrate Judge Rodriguez with plenary authority to achieve finality regarding disputes, reduce the risk of future litigation, and provide a venue to solve disputes with a minimum of expense. As part of his authority, Magistrate Judge Rodriguez may impose any sanction or penalty he deems appropriate, which, in his sole discretion, he believes is commensurate with the nature and severity of the dispute, and resolution thereof. This authority includes, but is not limited to, monetary and/or injunctive relief and discretion to impose sanctions or penalties including imposition of any sanction up to and including contempt of court, pursuant to 28 U.S.C. §636(e).

| Signatures | Date |
|---|---|
| [signature] circle one each: (Plaintiff/Defendant) and (Attorney/Client) | 3/27/23 |
| Corinna Arbiter     Defense Counsel circle one each: (Plaintiff/Defendant) and (Attorney/Client) | 03/28/2023 |
| Jeffrey Macomber     Secretary, CDCR circle one each: (Plaintiff/Defendant) and (Attorney/Client) | 4/10/2023 |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Lupe Rodriguez, Jr., United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), FRCP 73 and the foregoing consent of the parties.

| | |
|---|---|
| Date | United States District Judge |

Martinez Consent

Case 3:21-cv-00363-LR    Document 196    Filed 04/18/23    PageID.3412    Page 10 of 16

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID W. FAUNCE, | Plaintiff, | CONSENT TO EXERCISE OF SETTLEMENT JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE |
| v. | | |
| P. COVELLO, et al., | Defendants. | Case No.: 21cv363-MMA(LR) |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

The parties, having settled this case, by signing below further voluntarily consent to the jurisdiction of United States Magistrate Judge Lupe Rodriguez, Jr. to decide:

(1) all disputes regarding settlement terms arising during the documentation thereof not resolved by the parties themselves; and,

(2) all disputes arising out of the terms of the settlement agreement once completed;

AND, that any decision by the Magistrate Judge regarding any such dispute(s), 1 or 2, above, shall be **FINAL AND BINDING, WITH NO APPEAL**. Magistrate Judge Rodriguez shall retain jurisdiction until 5/17/2024.

The parties intend to provide Magistrate Judge Rodriguez with plenary authority to achieve finality regarding disputes, reduce the risk of future litigation, and provide a venue to solve disputes with a minimum of expense. As part of his authority, Magistrate Judge Rodriguez may impose any sanction or penalty he deems appropriate, which, in his sole discretion, he believes is commensurate with the nature and severity of the dispute, and resolution thereof. This authority includes, but is not limited to, monetary and/or injunctive relief and discretion to impose sanctions or penalties including imposition of any sanction up to and including contempt of court, pursuant to 28 U.S.C. §636(e).

| Signatures | Date |
|---|---|
| [signature] circle one each: (Plaintiff/Defendant) and (Attorney/Client) | 3/27/23 |
| [signature] circle one each: (Plaintiff/Defendant) and (Attorney/Client) | 4/3/23 |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Lupe Rodriguez, Jr., United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), FRCP 73 and the foregoing consent of the parties.

_____     _____
Date                                              United States District Judge

McWay Consent

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID W. FAUNCE,<br><br>    Plaintiff,<br><br>v.<br><br>P. COVELLO, et al.,<br><br>    Defendants. | | CONSENT TO EXERCISE OF SETTLEMENT JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE<br><br>Case No.: 21cv363-MMA(LR) |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

The parties, having settled this case, by signing below further voluntarily consent to the jurisdiction of United States Magistrate Judge Lupe Rodriguez, Jr. to decide:

(1) all disputes regarding settlement terms arising during the documentation thereof not resolved by the parties themselves; and,

(2) all disputes arising out of the terms of the settlement agreement once completed;

AND, that any decision by the Magistrate Judge regarding any such dispute(s), 1 or 2, above, shall be **FINAL AND BINDING, WITH NO APPEAL.** Magistrate Judge Rodriguez shall retain jurisdiction until 5/17/2024.

The parties intend to provide Magistrate Judge Rodriguez with plenary authority to achieve finality regarding disputes, reduce the risk of future litigation, and provide a venue to solve disputes with a minimum of expense. As part of his authority, Magistrate Judge Rodriguez may impose any sanction or penalty he deems appropriate, which, in his sole discretion, he believes is commensurate with the nature and severity of the dispute, and resolution thereof. This authority includes, but is not limited to, monetary and/or injunctive relief and discretion to impose sanctions or penalties including imposition of any sanction up to and including contempt of court, pursuant to 28 U.S.C. §636(e).

| Signatures | | Date |
|---|---|---|
| [signature]<br>circle one each: (Plaintiff/Defendant) and (Attorney/Client) | | 3/27/23 |
| [signature]<br>circle one each: (Plaintiff/Defendant) and (Attorney/Client) | | 3/28/23 |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | | |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | | |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Lupe Rodriguez, Jr., United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), FRCP 73 and the foregoing consent of the parties.

_____    _____
Date                        United States District Judge

Ortiz Consent

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID W. FAUNCE, | Plaintiff, | CONSENT TO EXERCISE OF SETTLEMENT JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE |
| v. | | |
| P. COVELLO, et al., | Defendants. | Case No.: 21cv363-MMA(LR) |

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

The parties, having settled this case, by signing below further voluntarily consent to the jurisdiction of United States Magistrate Judge Lupe Rodriguez, Jr. to decide:

(1) all disputes regarding settlement terms arising during the documentation thereof not resolved by the parties themselves; and,

(2) all disputes arising out of the terms of the settlement agreement once completed;

AND, that any decision by the Magistrate Judge regarding any such dispute(s), 1 or 2, above, shall be **FINAL AND BINDING, WITH NO APPEAL.** Magistrate Judge Rodriguez shall retain jurisdiction until 5/17/2024.

The parties intend to provide Magistrate Judge Rodriguez with plenary authority to achieve finality regarding disputes, reduce the risk of future litigation, and provide a venue to solve disputes with a minimum of expense. As part of his authority, Magistrate Judge Rodriguez may impose any sanction or penalty he deems appropriate, which, in his sole discretion, he believes is commensurate with the nature and severity of the dispute, and resolution thereof. This authority includes, but is not limited to, monetary and/or injunctive relief and discretion to impose sanctions or penalties including imposition of any sanction up to and including contempt of court, pursuant to 28 U.S.C. §636(e).

| Signatures | Date |
|---|---|
| [signature] circle one each: (Plaintiff/Defendant) and (Attorney/Client) | 3/27/23 |
| [signature] circle one each: (Plaintiff/Defendant) and (Attorney/Client) | 4/10/23 |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Lupe Rodriguez, Jr., United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), FRCP 73 and the foregoing consent of the parties.

| | |
|---|---|
| Date | United States District Judge |

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **David Faunce (C53742) v. Covello, et al.** | No. | **3:21-cv-00363-MMA-LR** |

I hereby certify that on <u>April 18, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

JOINT MOTION TO DISMISS

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>April 18, 2023</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

David Faunce
C-53742
Valley State Prison
C3-30-02L
P.O. Box 92
Chowchilla, CA 93610-0092
*in Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 18, 2023</u>, at San Diego, California.

| C. Krystof | /s/ C. Krystof |
|---|---|
| Declarant | Signature |

SF2021303994
83916012.docx