1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

10 | DAVID W. FAUNCE,

11 | Plaintiff,

12 | v.

13 | J. MARTINEZ, et al.,

14 | Defendants.

15

Case No. 21-cv-363-MMA (LR)

**ORDER GRANTING JOINT MOTION TO DISMISS**

[Doc. No. 196]

16

17    On April 18, 2023, Plaintiff David W. Faunce and Defendants McWay,

18 Macomber, Ferrel, Martinez, Godinez, and Ortiz filed a joint motion to dismiss this

19 action pursuant to Federal Rule of Civil Procedure 41(a)(2) and Civil Local Rule 7.2.

20 Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and

21 **DIMISSES** this action with prejudice.  Each party shall bear their own costs and fees.

22 The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and

23 hearings and close this case.

24    **IT IS SO ORDERED**.

25 Dated:  April 19, 2023

26

27    HON. MICHAEL M. ANELLO
United States District Judge

28